# EXHIBIT A

Filed 13 April 12 P4:46
Chris Daniel - District Clerk
Harris County
ED101J017429534
By: Nelson Cuero

<div style="border:1px solid">

## 2013-22016 / Court: 165

</div>

CAUSE NO. _____

| | | |
|---|---|---|
| JAMES AARON, ET AL; | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | _____JUDICIAL DISTRICT |
| | § | |
| BP EXPLORATION AND | § | |
| PRODUCTION, INC. | § | |
| Defendants. | § | HARRIS COUNTY, TEXAS |

### PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, James Aaron and all individuals named in Exhibit A, attached hereto, file this their Original Petition against Defendant BP Exploration and Production, Inc. and in support of their causes of action, respectfully show the following:

I.

### DISCOVERY CONTROL PLAN

1.1     Pursuant to Rule 190.3 of the Texas Rules of Civil Procedure, Plaintiffs request a Level III discovery control plan.

II.

### PARTIES

A. **Plaintiffs**

2.1     Plaintiff James Aaron and all individuals named in Exhibit A, attached hereto, either worked or owned a business in an industry that is dependent upon the economic success of the commercial fishing and/or tourism industry in the area affected by Defendants' conduct.

B. **Defendant**

2.2     Defendant BP Exploration and Production, Inc. is incorporated under the laws of Delaware. Defendant BP Exploration and Production, Inc. (hereinafter referred to as "BP") maintain its principal place of business in Houston, Texas. Defendant BP Exploration and Production, Inc. may be served with process through its registered agent for service: C T Corporation System, at 350 North St. Paul Street, Dallas, Texas 75201.

Certified Document Number: 55304765 - Page 1 of 3

## III.

### FACTUAL ALLEGATIONS

3.1   Upon information and belief, BP is the holder of an oil and gas lease granted by the Minerals Management Service. BP leased Deepwater Horizon, a semi- submersible mobile drilling rig, from its owners/ operators Transocean to drill a well pursuant to the above mentioned lease.

3.2   Upon information and belief, on April 20, 2010 at approximately 10 p.m., an explosion and fire occurred on Deepwater Horizon, resulting in the sinking of the semi-submersible mobile drilling rig.

3.3   Defendant knew of the dangers of deep water drilling, and the incident described above was caused by the negligence of Defendant.  Defendant has been named the responsible party for this incident, and is therefore, liable under the Oil Pollution Act for plaintiffs' damages.

3.4   Plaintiffs have "presented" to Defendant, as required as a precondition for filing suit herein under the Oil Pollution Act.

## IV.

### VENUE AND JURISDICTION

4.1   Venue is proper in Harris County, Texas under section. 15.002(a)(3) of the Texas Civil Practice and Remedies Code as this is the county where all Defendants maintain their principal offices.

4.2   Jurisdiction is appropriate in this Court in that this is a lawsuit seeking damages in excess of the minimum jurisdictional limits of the district courts of the State of Texas and in excess of $75,000.

4.3   This Court has personal jurisdiction over Defendants because they have substantial and continuous contacts with the State of Texas to satisfy both general and specific minimum contact and exercising jurisdiction over them does not offend the traditional notions of fair play and substantial justice.

## V.

### DAMAGES

5.1   Prior to the incident described above, the Gulf of Mexico was one of the most vibrant coastal tourist areas in the United States.  As a result of this spill, Plaintiffs were damaged.

5.2   Plaintiffs are entitled to recover such economic damages for this and future economic

Certified Document Number: 55304765 - Page 2 of 3

2

harm.

## VI.

### JURY DEMAND

6.1    Plaintiffs request a trial by jury.

## VII.

### REQUESTS FOR DISCLOSURE

7.1    Pursuant to Rule 194.2 of the Texas Rules of Civil Procedure, Plaintiffs request Defendants to comply with sections (a) - (1) of the Rule within 50 days of service  of this lawsuit.

## VIII.

### PRAYER

8.1    WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that Defendants be cited to appear and answer herein, that this cause be set down for trial before a jury, and that Plaintiffs recover judgment of and from Defendants for their damages, in such amount as the evidence may show and the jury may determine to be proper, together with pre- judgment interest and post-judgment interest, costs of suit, and such other and further relief to which Plaintiffs may show to be entitled, whether at law or in equity.

Respectfully submitted,

San Juanita R. Campos
SBN 03733090
Law Office of San Juanita R. Campos
600 N. Milanos Rd.
Weslaco, TX 78596
Phone: (956) 973-1500
Fax: (956) 973-9401

Daniel M. Homolka
Daniel M. Homolka, P.A.
2020 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Phone: (612) 341-2433

ATTORNEYS FOR PLAINTIFFS

3



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   May 16, 2013


Certified Document Number:        55304765 Total Pages: 3


Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

## 2013-22016 / Court: 165

**Exhibit A**

| Client Name | Resident |
| --- | --- |
| James Aaron | |
| Mohammad Abbasi | MS |
| Tiffany Abbott | LA |
| April Abdul-Rauf | MS |
| Mahamnod Abdul-Rauf | GA |
| Loretta Abram | GA |
| Brandon E. Abrams | MS |
| Ray Abston | MS |
| Steven T. Adams | MS |
| Astred Alexander | MS |
| Byron L. Alexander | MS |
| Jessie L. Alexander | MS |
| Montrell Alexander | MS |
| Rose J. Alexander | MS |
| Tiffany Alexander | MS |
| Adonna Alford | MS |
| Gladys Alford | MS |
| James R Alford | MS |
| Joe Alford | MS |
| Joe Alford | MS |
| Timothy Alford | MS |
| Viola Alford | MS |
| Janice Gale Alfred | MS |
| Dorothy Deloris Allen | MS |
| Nathaniel Allen | MS |
| Rebecca Allen | MS |
| Matthew L. Alnutt | MS |
| Devon Alves | MS |
| Carolyn Anderson | MS |
| Clemmie Lorene Anderson | MS |
| Danielle Anderson | MS |
| Derhonda Anderson | MS |
| Donald E. Anderson | MS |
| Donna Jean Anderson | MS |
| Irene C. Anderson | MS |
| Joel Keith Anderson | MS |
| Lataria Anderson | MS |
| Nicholas Lashon Anderson | MS |
| Robert B Anderson | MS |
| Ronald Aanderson | MS |
| Stacy Anderson | MS |
| Tonesha R. Anderson | MS |
| Vida Anderson | MS |
| Vida Anderson | MS |
| Vida Anderson | MS |
| Emma Andrews | MS |
| | MS |

Certified Document Number: 55566746 - Page 1 of 10

Certified Document Number: 55304766 - Page 2 of 10

| Client Name | Resident |
|---|---|
| LaChelshea Andrews | MS |
| Alyssa Armstrong | MS |
| Deborah Armstrong | MS |
| Lamar Armstrong | LA |
| Sharay Armstrong | MS |
| Sonia Armstrong | MS |
| Tawnya Armstrong | MS |
| Jacquelyn R. Arnold | MS |
| Julia Carol Ashford | MS |
| Otis Eugene Ashford | MS |
| Marvin L. Autmon, III | MS |
| Martin Jared Autmon | MS |
| Candace Lanee Bailey | MS |
| Howard Bailey | MS |
| Howard Jermaine Bailey | MS |
| Juanita Ann Bailey | MS |
| Justin Bailey | MS |
| Cameron Baily | MS |
| James Ball | MS |
| James Ball | MS |
| Jarrod Banks | MS |
| Shanita Banks | MS |
| Shannon L. Banks | MS |
| Shunta Faye Banks | MS |
| Howard J. Bardwell, Jr. | MS |
| Barbara Bardwell | MS |
| Stephen Shin Barker | MS |
| Kevin Barkley | MS |
| Kathdeem Barlow | MS |
| Sarah Weil Barley | MS |
| Bettie C. Barlow | MS |
| Charles Barnes, Jr. | MS |
| Ada L. Barnes | MS |
| Alma Barnes | MS |
| LeTrice A. Barnes | MS |
| Rolita M. Barnes | MS |
| Ruth Barnes | MS |
| Tredra Barnes | MS |
| Veronda Barnes | MS |
| Jesmaine Barnett | MS |
| Cedric L. Barrett | MS |
| Lei Lani Barrett | MS |
| Sedrick Bass | MS |
| Taiska Bass | MS |
| Dwight Bateaste | MS |
| Waltoni Battiste | MS |
| Billy Baugh | MS |
| Ronald Fredrick Buxton | MS |

| Client Name | Resident |
|---|---|
| Annette Baylis | MS |
| Nicole Beals | MS |
| Linda J. Beamon | MS |
| Deanna P. Beans | MS |
| Carol Beasley | MS |
| Raven Beaudine | MS |
| Michael Beavers | MS |
| Melody Beek | MS |
| Carolyn Renee Bell | MS |
| Geraldine Thompson Bell | MS |
| Jean Doris Bell-Nealy | MS |
| Joyce L. Bell | MS |
| Owena Bell | MS |
| Victor Bennassi | MS |
| Frederick Bennett, Jr. | MS |
| Felicia Bennett | MS |
| Janice Bennett | MS |
| Kayla Bennett | MS |
| Tony Bennett | MS |
| Williams Bennett | MS |
| Jessica Bennett | MS |
| Jennifer Beton | MS |
| John Beton | MS |
| Jararreo A. Betts | MS |
| Trena Betts | MS |
| Yolanda M. Betts | MS |
| Cleo Beverly | MS |
| Gloria M. Biggs | MS |
| Ida M. Biggs | MS |
| Ida N. Biggs | MS |
| Jo A. Biggs | MS |
| Jo A. Biggs | MS |
| Natasha Biggs | MS |
| Raven S. Biggs | MS |
| Tiffany Biggs | MS |
| Clarice Bilbo | MS |
| Morris Binion | MS |
| Paula A. Binion | MS |
| Saundra P. Binion | MS |
| Patrice L. Bivens | MS |
| Darvin Bivins | MS |
| Derrick Bivins | MS |
| Dionne Elayne Blach | MS |
| Curtis Black | MS |
| Ruby N. Blackman | MS |
| James Edward Blackmon | MS |
| Carl Keith Blackston, Sr. | MS |
| Hosea B. Blackston, Sr. | MS |

| Client Name | Resident |
|---|---|
| Clyde E. Blackston | MS |
| Delena Blackston | MS |
| Hosea B. Blackston | MS |
| John Edward Blackston | MS |
| Sharlene Blackston | MS |
| Ciara Blari | MS |
| Laqreta Blakley | MS |
| Elie C. Bolas | AL |
| Carolyn Bolden | MS |
| Paul Bolden | TX |
| Ben A. Bolton | MS |
| Eric T. Bonner, Jr. | MS |
| Angela N. Booker | MS |
| Cathy Booker | MS |
| Dondy Shawn Booker | MS |
| Tonya Boone | MS |
| Reuben Horacio Borden | MS |
| Nathalie Borez | MS |
| Marie Bosarge | AL |
| Danya Bosarge | AL |
| Robin Bosarge | MS |
| Harold J. Bothea | MS |
| Meoucia Bourne | MS |
| Eula Pearl Bowens | MS |
| Bertha Yvette Bowie | MS |
| Elliott Tyrone Boykin | MS |
| Calvin Bradley | MS |
| Charlotte Bradley | MS |
| Draper Bradley | MS |
| Estella Bradley | MS |
| James Bradley | MS |
| Karen Bradley | MS |
| Khelia S. Bradley | MS |
| Monique Bradley | MS |
| Andy Brandon | MS |
| Patrice Brandon | MS |
| Wanda Brashears | MS |
| Kristy Brayman | MS |
| Evelyn Breland | MS |
| Maria Breland | MS |
| Marvin Breland | MS |
| Tiffany Bridenbaker | MS |
| Dominique Bridges | MS |
| Shalande Bridges | MS |
| Alexandra Bright | MS |
| Kimberly Brimage | MS |
| Andrew Briscoe | MS |
| Patricia A. Brisco | MS |

Certified Document Number: 55304766 - Page 5 of 10

| Client Name | Resident |
|---|---|
| Patricia A Brislo | MS |
| Carol Britt | MS |
| Nellie Grace Broadnax | MS |
| Sonya Broadnax | MS |
| Ronald Ray Broadnax, Sr. | MS |
| La-Keshia Shanta Broadnay | MS |
| Floyd Brodley | MS |
| Loria  Brogan | LA |
| Deibre Brooks | MS |
| Lester Brooks | MS |
| Emma J Broom | MS |
| Dorothy May Broughton | MS |
| Geneva Broughton | MS |
| George Broughton | MS |
| Jinmie Broughton | MS |
| Kenneth Andrea Broughton | MS |
| Nicole Broughton | MS |
| Dorothy Broughton, as Representative for Sharon D. Broughton, Deceased | MS |
| Tracy Broughton | MS |
| Angie C. Brown | MS |
| Cardia Brown | MS |
| DeAngel Brown | MS |
| Donald Douglas Brown | MS |
| Jeremy Brown | MS |
| Joe Ann Brown | MS |
| James Brown, Jr. | MS |
| Lida F. Brown | MS |
| Margaret Ann Brown | MS |
| Rita Brown | MS |
| Roy O. Brown | MS |
| Sheldon Brown | MS |
| Sherman S. Brown | MS |
| Sherman S. Brown | MS |
| Shyanna S. Brown | MS |
| Sonya Latrice Brown | MS |
| Wendell  W. Brown | MS |
| Ann B. Brumfield | MS |
| Erica A. Brumfield | MS |
| Allison Bryant | FL |
| Jeremy Bryant | MS |
| Donna Budro | MS |
| Celia A Buford | MS |
| Vanessa G. Buford | MS |
| Huy Bui | MS |
| Le Quyen Bui | MS |
| Ngoc M. Bui | MS |
| Thanh Huong Bui | MS |
| Starr Bullock | MS |

| Client Name | Resident |
|---|---|
| Maria Bultazar | MS |
| Charles W. Bunch | MS |
| Curtis Burch | GA |
| Deidra Burden | AL |
| Lakendra Burkes | MS |
| Kathie M. Burnett | MS |
| Ernest Burns | MS |
| Whiteny Storm Burroughs | MS |
| Terrence M. Burton | MS |
| Broderick Butler | MS |
| Cathy Butler | MS |
| Eddie Butler | MS |
| Milton Butler | MS |
| Orethol J. Butler | MS |
| Ripca Butter | MS |
| Allison Byant | FL |
| Lett Cornelius D. C | MS |
| Rochita Cain | MS |
| Elisabel Torres Caliz | MS |
| Joann Calvn | MS |
| Alphonse Campbell, Jr | MS |
| Carmelia Campbell | MS |
| Willie Campbell, Jr. | MS |
| Marsha Campbell | MS |
| Zeda Campbell | MS |
| Willi M. Cannon | MS |
| Sabrina Renay Carey | MS |
| Tramore Deonta Carey | MS |
| Adaryl Carmichael | MS |
| Jimmy Carmichael | MS |
| Jimmy Carmichael | MS |
| Odaryl  Carmicheal | MS |
| Stacie Carnest | MS |
| Marquita A. Carson | MS |
| Arnold Carter | MS |
| David W. Carter | MS |
| Deshawn D. Carter | MS |
| Kronaenelsa Carter | MS |
| Latisha S. Carter | MS |
| Regina Carter | MS |
| Curtis Cartes, Jr. | MS |
| John D. Cartez | MS |
| Delores Evelyn Casher | MS |
| Rickey Cato | MS |
| Ernie Bernard Causey, Jr. | MS |
| Iquita A. Causey | MS |
| Ann Rita Chapman | MS |
| Christine Chapman | MS |

Certified Document Number: 55304766 - Page 6 of 10

| Client Name | Resident |
|---|---|
| Kelvin Chapman | MS |
| Althea Chapman, as Representative for Mashelldra Chapman, Deceased | MS |
| Elizabeth Fletcher Charlton | MS |
| Megan Charlton | MS |
| Jimmy Chau | LA |
| To Ke Chau | LA |
| Tommy Chau | LA |
| Vanoranda Delary Chavez | MS |
| Choudry Cheema | LA |
| Farid Chefiri | LA |
| Saleem Chefirr | LA |
| Anneice Jones Cherry | MS |
| James Cherry | MS |
| Roosevelt D. Cherry | MS |
| Barlona Chestnut | MS |
| Charlotte Nicole Chestnut | MS |
| Dale Chestnut | MS |
| Shamika Chiles | MS |
| Antonio Lamare Clark | AL |
| Derrick Darrell Clark | MS |
| Heather Clark | GA |
| Thomas E. Clark | TX |
| Venita D. Clark | MS |
| Thelma Evans Glaude | MS |
| Chris Clausell | MS |
| Willie James Coats | MS |
| Martin J. Cohen | MS |
| Dorothy Coillam | MS |
| Dorothy Coillam | MS |
| Patucia Cole | MS |
| Sammie L Cole, Sr. | MS |
| Jermon P. Coleman | MS |
| Willie Lee Coleman | MS |
| Claretta Colley | MS |
| Gregory J. Collins | MS |
| Isaiah E. Collins | MS |
| Racheal A. Collins | MS |
| Jannette Colon | MS |
| Ruth Colvin | MS |
| Farrah Conn | MS |
| Brian S. Connors | MS |
| Amy Cook | MS |
| Tony S. Cooper, Jr. | MS |
| Chris Cooper | MS |
| Tara Cooper | MS |
| Tonya Renne Cooper | MS |
| Kim A. Coppock | MS |
| Keisha Corothers | MS |

Certified Document Number: 55304766 - Page 7 of 10

| Client Name | Resident |
|---|---|
| Chad Costict | MS |
| Wanda Costict | MS |
| Chad Costrict | MS |
| Kelly C. Cote | TN |
| Micoe Cotton | MS |
| Jerry Dean Couch | MS |
| Gregory Denon Cowan | MS |
| Michael Cowan | MS |
| David Earl Craig, Jr. | MS |
| Cleveland Cramedy | MS |
| Alton Earl Crawford | MS |
| Jobe Crawford | GA |
| Noena Crawford | MS |
| Elaine Creer | MS |
| Johnny Cruse | MS |
| Vickie Cruse | MS |
| Christine Culbreath | MS |
| Nathaniel Moses Culbreath | MS |
| Anthony Cunningham | MS |
| Jerry L. Cunningham | MS |
| Te Ethel Cunningham | MS |
| Patricia Dahl | MS |
| Janice Dailey | MS |
| Le Dang | MS |
| Phong Dang | MS |
| Ton Dang | MS |
| Van Dang | MS |
| Jodie Kay Daniel | MS |
| Charles Darby | MS |
| Sallie Daries | MS |
| Burnadine Davenport | MS |
| Tamara E Davis-Cowley | MS |
| Aderia Davis | MS |
| Angela Davis | MS |
| Brittney Davis | MS |
| Charles R. Davis | MS |
| Cynthia D. Davis | MS |
| Darius Davis | MS |
| Dwayne Davis | MS |
| Gladys Davis | MS |
| Kelly Davis | MS |
| Nakeia Davis | MS |
| Nekila M. Davis | MS |
| Pamela R. Davis | MS |
| Patricia A. Davis | MS |
| Phillip Jerome Davis | MS |
| Antoine L. Davison | MS |
| Corloc Davison | MS |

| Client Name | Resident |
|---|---|
| Omeka Davison | MS |
| Oyorka Shyneek Davison | MS |
| Tony J. Davison | MS |
| Tracey E. Davison | MS |
| Zhardrese L. Dawson | MS |
| Joyce Dean Day | MS |
| Williw W. Denson, Jr. | MS |
| Thomas C. Deters | MS |
| Miles Dewitt | MS |
| Albert Dickerson, Jr. | MS |
| Samantha Dickinson | MS |
| Duy Dinh | MS |
| Oanh Dinh | MS |
| Sang Dinh | MS |
| Minnie Dixon | MS |
| Dan Doan | MS |
| Kim Doan | MS |
| Donald Taylor | MS |
| Robert Dorsey | MS |
| Herb Dotson | MS |
| Tamara Downs | MS |
| Deanna Drake | MS |
| David Drinkard | MS |
| Carma Lee Dubose | MS |
| Pamela P. Dubose | MS |
| Timothy Dubose | MS |
| Antonio Duckworth | MS |
| Lashawna Dumas | MS |
| Sidney Daniel Dumas | MS |
| Evangeline Dunlap | MS |
| Roy Dunlap | MS |
| Angela Dutchett | MS |
| Ronnie Ealey, II | MS |
| Tiera S. Earnest | MS |
| Bernice Edwards | MS |
| Delzy Edwards | MS |
| Carlos Terell Estes | MS |
| Charles A. Estes | MS |
| Angel Estroso | MS |
| Daniel Evans | MS |
| Flora Evans | MS |
| Holly Evans | MS |
| Jackie Evans | MS |
| Lashesha R. Evans | MS |
| Monica Lett Evans | MS |
| Ronda Evans | MS |
| Tarisha Evans | MS |
| Dorothy Jeans Failey | MS |

| Client Name | Resident |
|---|---|
| Brandon Fairley | MS |
| Corian Fairley | MS |
| Eliza Mims Fairley | MS |
| Gail Fairley | MS |
| Lillie D. Fairley | MS |
| Reneka Fairley | MS |
| Sophia Fairley | MS |
| Jaamel A. Farrar | MS |
| Christopher Farver | MS |
| Tommye A. Faulk | MS |
| Michael B. Fayard | MS |
| Stephanie A. Fayard | MS |
| Omega Lutrelle Felder | MS |
| Rickey Fernandez | MS |
| Brandi Ferris | MS |
| McArthur J. Finley | MS |
| Ozei Y. Fisher | MS |
| Freddie Fitzgerald | MS |
| Cedric  Floyd Fletcher | MS |
| Daniel Woodrow Floyd | MS |
| Ronnie William Foerg, II | MS |
| Audrey Geardine Fondren | MS |
| Jacqueline Fornett | MS |
| Lieutenant Fountain, Jr. | MS |
| Alton G. Fountain | MS |
| Aretha L. Fountain | MS |
| Cedric D. Fountain | MS |
| Gwendolyn P. Fountain | MS |
| Brandon Fountain | MS |
| Gail Fountain | MS |
| Taoanda Fountain | MS |
| Micahel .D Francis | MS |
| Brenda Frank | MS |
| Bertha M.  Franklin | MS |
| Erica D. Franklin | MS |
| Erica D. Franklin | MS |
| Lena Renee Freeman | MS |
| Donna Fuller | MS |
| LaToya Funches | MS |
| Tracey Funchess | MS |
| Thelma Gahhicchio | AL |
| James Garvin Gainer | MS |
| Thiago C. Gandarillas | MS |
| Darius Gandy | MS |
| Wallace L. Gardner | MS |
| Demetrius  Garry | MS |
| Terrance D. Garry | MS |
| Shelia Gay | MS |

Certified Document Number: 55304766 - Page 10 of 10



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   May 16, 2013

Certified Document Number:      55304766 Total Pages: 10

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

# 2013-22016 / Court: 165

| Client Name | Resident |
|---|---|
| Wykesia Tamekia Geater | MS |
| Donald R. Gillam | MS |
| Curtis Gillot | MS |
| Kevin D. Gillum | MS |
| Johnathon Gilner | MS |
| Garland D. Gipson | MS |
| Denise Lasall Glaude | MS |
| Ronald C. Glaude, Sr. | MS |
| Lafrederick Glenn | MS |
| Norma Gomez | MS |
| Mike Gonsoulin | MS |
| Carri Gonyeau | MS |
| Jorge A. Gonzalez | MS |
| Maricelly Gonzalez | MS |
| Cedric A. Goodman | MS |
| Gaynell Grace Gordon | MS |
| Kelly Gordon | MS |
| Linda Gordon | MS |
| Annie McMillian Gore | MS |
| Robert E. Govan | MS |
| Carrie Grady | MS |
| Durr A. Graham | MS |
| Horace Graham | MS |
| Patricia Ann Graham | MS |
| Joseph C Grant | MS |
| Mamie Grant | MS |
| Randall J. Grant | MS |
| Tyrone Grant | MS |
| John Graves | MS |
| John D. Graves | MS |
| Nicholas Graves | MS |
| Mary Elizabeth Gray | MS |
| Fannie Green | MS |
| Freddie Green | MS |
| Hollis Green | MS |
| James L Green | MS |
| Lacretia Green | MS |
| Latisha Green | MD |
| Lavaron Green | MS |
| Patricia Green | MS |
| Patrice Pickett Green | MS |
| Bobby Greene | MS |
| LaQuita Griffin | MS |
| Griffin Ratashia | MS |
| Sharon L Guyton | MS |
| Latoya Haley | MS |
| Shawn T. Haley | MS |
| John H. Hall, Jr. | MS |

| Client Name | Resident |
|---|---|
| Will Hall, Jr. | MS |
| Deshannon Hall | MS |
| Marcdia Bryant Hall | MS |
| Edwin Halsell | MS |
| Ulyssee Hamer | MS |
| Tamela M. Hammond | MS |
| Joel D. Hamrick | MS |
| Jameylynn W. Handford | MS |
| Ambi L. Hannah-Garraway | MS |
| LaDarrius D. Hannah | MS |
| Samuel Hannah | MS |
| Clifton B. Harness | MS |
| Adam D. Harper | MS |
| Maxine Harper | MS |
| Arthur Harrington | MS |
| Adeline Harris | MS |
| Anthony Harris | MS |
| April .L Harris | MS |
| Erica Harris | MS |
| Joseph Harris | MS |
| Ma June Harris | MS |
| Peggy Lorraina Harris | MS |
| Rodney L. Harris | MS |
| Roger Harris | MS |
| Tiffany Harrison | MS |
| Lenora F. Hart | MS |
| Armoud Harvey | MS |
| Deloris M. Harvey | MS |
| Dorothy Harvey | MS |
| Richard A. Harvey | MS |
| Richard C. Harvey | MS |
| Royce Glenn Hathorn | MS |
| Davis Hawthorne | MS |
| Felicia Hawthorne | MS |
| Jimmie L. Hayes | MS |
| Alice F. Haynes | MS |
| Arthur Haynes | MS |
| Carl Levon Haynes | MS |
| Cassandra Haynes | MS |
| Feliciant Haynes | MS |
| Willi M. Haynes | MS |
| Eric Todd Hayslett | MS |
| Shironda M. Hayslett | MS |
| Catina Towne Henderson | MS |
| Willie Moe Henry | MS |
| Zanetia Henry | MS |
| Bessie T. Herbert | MS |
| Elizabeth Hernadez | MS |

Certified Document Number: 55304767 - Page 2 of 9

| Client Name | Resident |
|---|---|
| Jeeksson Herrdra | TX |
| Cathy J. Herring | MS |
| Sonya Hewitt | MS |
| Tacie M. Higgins | AL |
| John H. High, Jr. | MS |
| Anita High | MS |
| Demetria W. High | MS |
| Demetria W. High | MS |
| Jalen Hill | MS |
| Rokedrick L. Hill | MS |
| Hill L. V. | MS |
| Nicholas Hipe | MS |
| Dung Hoang | MS |
| Michael  Tai Hoang | MS |
| Phuong Hoang | MS |
| Michelle Hodge | MS |
| Tontella Hodge | MS |
| Lakeisha Monique Hodges | MS |
| Vallon V. Holley | MS |
| Rachel Holloman | MS |
| Greg Holloway | MS |
| Krystal Michelle Holloway | MS |
| Shatara Holloway | MS |
| Tykeena Holloway | MS |
| Lawrence Holmes | MS |
| Kenneth O`Neil Hooks | MS |
| Jacqueline Hopkins | MS |
| Shawn Hopson | MS |
| Teresa Hopson | MS |
| Cathy Houser | MS |
| Ebony M. Houser | MS |
| Gene Hudson | MS |
| Eula M. Humphrey | MS |
| Betty J. Hunter | MS |
| Steren L. Hunter | MS |
| Shiriah D. Hurd | MS |
| Mazoor Hussian | LA |
| Judy Hutcherson | MS |
| Tan Huynh | TX |
| Linda Huynh | MS |
| Ly Huynh | MS |
| Thuy Nga Thi Huynh | MS |
| Dominic J. Hyde | MS |
| Tanisha Hyder | MS |
| Marlon Ingram | MS |
| Darlean S. Isom | MS |
| Renella Jack | MS |
| Milton D. Jackson, Jr. | MS |

| Client Name | Resident |
|---|---|
| Thaddeous B. Jackson, Jr. | MS |
| Alvin Jackson | LA |
| Elliot T. Jackson | MS |
| Georgia L. Jackson | MS |
| Gregory Dewayne Jackson | MS |
| Jason Jackson | MS |
| Jessica Natasha Jackson | MS |
| Jimmy Jackson | MS |
| Jimmy Jackson | MS |
| Kimberly Jackson | MS |
| Melissa Jackson | MS |
| Melita Jackson | MS |
| Michael St. John Jackson | MS |
| Sharonda Jackson | MS |
| Aaron James | FL |
| Allergia James | FL |
| Beatrice James | MS |
| Chauncey Elida James | FL |
| Charles E. James | FL |
| Charles S. James | FL |
| Charles S. James | FL |
| Charlie M. James | FL |
| Charlotte L. James | FL |
| Cherrie James | FL |
| Christina James | FL |
| Clara James | FL |
| Claudette L. James | MS |
| Donald E. James | MS |
| Ehamond James | FL |
| Kelvin M. James | MS |
| Tina James | MS |
| William T. James | MS |
| Asia Jayaid | LA |
| Johnny Jefferson | MS |
| Shondra Jefferson | MS |
| Anthony Jenkins | MS |
| Jennifer Jenkins | MS |
| Laterricia Jenkins | MS |
| Martin Jim | LA |
| Brandy Jimmerson | MS |
| Kenja John | MS |
| Vickie Johns | MS |
| Bettie Johnson | MS |
| Cederick Johnson | MS |
| Clemmie J. Johnson | MS |
| Devin Johnson | MS |
| Dorothy Jean Johnson | MS |
| Kyle Johnson | MS |

| Client Name | Resident |
|---|---|
| Larry D. Johnson | MS |
| Lashaunda Johnson | MS |
| Lashonda Johnson | MS |
| Lawrence E. Johnson | MS |
| Leila M. Johnson | MS |
| Rosie O. Johnson | MS |
| Samantha Johnson | MS |
| Teresa L. Jackson | MS |
| Tiffany Johnson | MS |
| Juanita Johnson | MS |
| Carolyn Jones | MS |
| Cheryl L. Jones | MS |
| Christopher O. Jones | MS |
| David Jones | MS |
| Erin Jones | MS |
| Isaac S. Jones | MS |
| Jennie B. Jones | MS |
| Kamesha Jones | MS |
| Karen Jones | MS |
| Kevin Jones | MS |
| Leslie Jones | MS |
| Lisa Marie Jones | MS |
| Lovestan Juanita Jones | MS |
| Norwechie H. Jones | MS |
| Peter Jones | MS |
| Robert Earl Jones | MS |
| Roland Jones | MS |
| Shelia D. Jones | MS |
| Sunday Jones | MS |
| Tammy Li Jones | MS |
| Tasha Jones | MS |
| Jewell Jordan | MS |
| Kennan C. Jordan | MS |
| Mary J. Jordan | MS |
| Donna Marchelle Joseph | MS |
| Mohammad Jovait | LA |
| Thom Kackxon | MS |
| Masayuki Kavay | GA |
| Denise M. Keel | MS |
| Lincoh Keelor | MS |
| Ronnie Keetion | MS |
| Antranese Kelly | MS |
| Arnold Kelly | MS |
| Nellie Kelly | MS |
| Patricia Ann Kelly | MS |
| Kimberly Kennedy | MS |
| Riccara Keys | MS |
| Robert Kickland | MS |

| Client Name | Resident |
|---|---|
| Vynnesshee K. Kickland | MS |
| James E. Kidd | MS |
| Andrew Wonwoo Kim | MS |
| Youngme Kim | MS |
| Lisa Kimble | MS |
| Tijuana Leigh Kimble | MS |
| Jonelle King | MS |
| Lorenzo King | MS |
| Lorenzo King | MS |
| Rou King | MS |
| Shelia Lavonne King | MS |
| LaRonda Knight | AL |
| Timothy Knight | MS |
| Sherman Kyse, Jr. | MS |
| Brandy Kyse | MS |
| Katrina Kyse | MS |
| Bernadette Ladner | MS |
| Lou Lalli | MS |
| Michael Lamp | MS |
| Angla Lancaster | MS |
| Bernadette Landry | MS |
| De Ja Y. Landry | MS |
| Terrance J. Landry | MS |
| Cedric Langham | MS |
| Nina Langham | MS |
| Artie J. Langston | MS |
| LaDrena Lanae Larry | MS |
| Willie Mae Latham | MS |
| Pamela Davis Laughlin | MS |
| Dennis L. Lawson, Jr. | MS |
| Ba V. Le | MS |
| Chau T. Le | MS |
| Cindy Le | MS |
| David Le | MS |
| Dung Van Le | MS |
| Hoa T. Le | MS |
| Hung Le | MS |
| Joy Le | MS |
| Kiem Le | MS |
| Lan Le | MS |
| Lien K. Le | MS |
| Loc Le | MS |
| Monica Le | MS |
| Nam Le | MS |
| Nhac Le | MS |
| Nhung T. Le | MS |
| Nhut Le | MS |
| Tam Thi Le | MS |

| Client Name | Resident |
|---|---|
| Thi Van Le | MS |
| Thoi Van Le | FL |
| Tommy Thanh Trung Le | MS |
| Kevin Ledford | LA |
| Jeffery Quinn Lee | MS |
| Richard Lee | MS |
| Ricky Lee | MS |
| Lakesha Leroy-Davis | MS |
| Cecil J. Lett, Jr. | MS |
| Angela D. Lett | MS |
| Kashelia R. Lett | MS |
| Terrance J. Lett | MS |
| John Lever | MS |
| Delma B. Lewis | MS |
| Flossie Lewis | MS |
| Grace Lewis | MS |
| Jennifer T. Lewis | MS |
| Lawrence Lewis | MS |
| Mae Lewis | MS |
| Pomee L. Lewis | MS |
| Richard B. Lewis | MS |
| Yolanda G. Lewis | MS |
| Watts Liddell | MS |
| Willie Liddell | MS |
| Phung K. Lien | AL |
| Tamika Lindsey | MS |
| Christina Lofton | MS |
| Christina Lofton | MS |
| Shemeka Lofton | MS |
| David Long | MS |
| Janette Lopez-Movego | MS |
| Carlos Glendale Lott, Sr. | MS |
| Edna Lott | MS |
| Deanna A. Louviere | MS |
| Tesha M. Louviere | MS |
| Connie Dean Lovelace | MS |
| Jessie Ludgood | MS |
| Kimberly Ludgood | MS |
| Priscilli Ludgood | MS |
| April Lunney | MS |
| Meng Luu | LA |
| David Luvern | MS |
| Tonnie Mack | MS |
| Gwendelyn J. Magee | MS |
| William Magee | MS |
| Jonathan Maldonasco | MS |
| Monique Malgra | MS |
| Malinda Manning | MS |

| Client Name | Resident |
|---|---|
| Barbara Marion | MS |
| Charles Marion | MS |
| Christina Marion | MS |
| Edward J. Marion | MS |
| Kimberly Marion | MS |
| Steven Marion, Sr. | MS |
| Steven Marion, Sr. | MS |
| Wayne E. Marion, Sr. | MS |
| Adrian W. Marsalis | MS |
| Tracy A. Marshall | MS |
| Carlos J. Marsolis | MS |
| Ashanti Martin | MS |
| Belhia Martin | LA |
| Christina Martin | MS |
| Eleanor C. Martin | MS |
| Janet Martin | MS |
| Lana Martin | MS |
| Marcus Martin | MS |
| Marcus Martin | MS |
| Nicole Martin | LA |
| Panda Y. Martin | MS |
| Roman D. Martin | MS |
| Stacy Y. Martin | MS |
| Toisli Martin | MS |
| Alba Martinez | MS |
| Denissa Martinez | MS |
| Jesus Martinez | MS |
| Melissa Martinez | MS |
| Pamela S. Masa | MS |
| Joyce Masley | MS |
| Demetrius Darnell Mason | MS |
| Robert Clayton Mason | MS |
| Wendell Mason | MS |
| David Matthews | MS |
| Toni Elizabeth Maxwell | MS |
| Darlene May | MS |
| John May | MS |
| Maria May | MS |
| Shirley May | MS |
| Tessia Denise May | MS |
| John Maye | MS |
| Ruchanee Thrvonsuk Maze | MS |
| Sonya McBeath | MS |
| Jimmy L. McBeth | MS |
| Anita McCann-Parnell | MS |
| Lachandra McCann | MS |
| James Cheronda McCarty | MS |
| Roderick McClain, Sr. | MS |

| Client Name | Resident |
|---|---|
| Terrance McClain | MS |
| Roderick McClair, Jr. | MS |
| Triniece McCone | MS |
| Dale A. McCorvey, Jr. | MS |
| Beulah McCorvey | MS |
| Labarrion D. McCovery | MS |
| Victor Markel McCoy | MS |
| Derrick McCullum | MS |
| Bernadette McDaniel | MS |
| Crystal McDonald | MS |
| Leonard J. Mcewen | MS |
| Shirley M. Mcewen | MS |
| Winston McFarlane | MS |
| Olevia Mc Guffie | MS |
| Essie M. McGail | MS |
| Jerlon McGee | MS |
| LaTonya McGee | MS |
| Rodney T. McGee | MS |
| Ubra McGee | MS |
| Ashley McGill | MS |
| Sara Jean McGowan | MS |
| Sandra McInnis | MS |
| Scorpio McInnis | MS |
| Timmy McInnis | MS |
| Marcia Mckenzie | MS |
| Jarvis Mclanis | MS |
| Jonah F. McLemore | MS |
| Mardria Ann Mclemore | MS |
| Shemesia McLeod | MS |
| Eryca Yvette McLovely | MS |
| Inshunda Denise McMillan | MS |
| Ishanda D. McMilliam | MS |
| Barbara Mae McMillian | MS |
| Jeannette McMillian | MS |
| LaTonya Rodnelle McMillian | MS |
| Carolyn McNeil | MS |
| Kernie Earl McNeil | MS |
| Tamari D. McNeil | MS |
| James McPherson | MS |
| Ronald McKinley McQueen, Sr. | MS |
| Michael Mcquillan | MS |
| Tawanna Renee McWilliams | MS |
| Teshawnna McWilliams | MS |
| Debra Mead | MS |
| Levon Mendenhall | MS |
| Rosie J. Mendenhall | MS |
| Crystal J. Ball Mendez | MS |
| Jamie Mendez | MS |



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   May 16, 2013

Certified Document Number:        55304767 Total Pages:  9

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

## 2013-22016 / Court: 165

| Client Name | Resident |
| --- | --- |
| Donal Merchant | MS |
| Kaela Metzer | MS |
| Jeannette M. Mezano | MS |
| Marsha Mickel | MS |
| Betram Middleton | MS |
| John Middleton | MS |
| Krystal Middleton | MS |
| LaTosha Middleton | MS |
| Marilyn A. Middleton | MS |
| Brandon C. Miles | MS |
| James Armaan Miles | MS |
| Sandra Dee Miles | MS |
| Chanton Millender | MS |
| Willie Dee Millender | MS |
| Ashley Miller | LA |
| Gregory L. Miller | MS |
| Robert Miller | MS |
| Shelton M. Miller | MS |
| Carolyn Mims | AL |
| Kevin Minor | MS |
| Tuana A. Minor | MS |
| Carolyn Mitchell | MS |
| Chris Mitchell | TX |
| Denise Mitchell | MS |
| Joshua Mitchell | MS |
| Willis Eugene Mitchell, Jr. | MS |
| Larry Mitchell | MS |
| Louella Mitchell | MS |
| Natley Mitchell | MS |
| Robert L. Mitchell | MS |
| Valerie M. Mitchell | MS |
| Joanna Sue Mize | MS |
| Amanda Mizell | MS |
| Hazel Molden | MS |
| Demarious Monroe | MS |
| Kelvin Reginald Monroe | MS |
| Asuin Montgomery | MS |
| Bobby Montgomery | MS |
| Erica Montgomery | MS |
| Nakeshia Montgomery | MS |
| Pamela D. Montgomery | MS |
| Patrick Montray Montgomery | MS |
| Raymond L. Montgomery | MS |
| Len Moody, Jr. | MS |
| Catherine Moody | FL |
| Mattie Moody | MS |
| Myrtle J. Moody | MS |
| Willie R. Moody | MS |

| Client Name | Resident |
|---|---|
| Richard Moon | MS |
| Michael T. Moore, Jr. | MS |
| Benny Moore | MS |
| Carolyn Moore | AL |
| Charles Moore | MS |
| Chester Moore | LA |
| Courtney Moore | MS |
| Deandrea Moore | MS |
| Evelyn Moore | MS |
| Joe F. Moore | TX |
| Marilyn Moore | MS |
| Steve Moore | MS |
| Chhueup Mor | AL |
| David Morales | MS |
| Dakota Buck Moran | MS |
| Reginald Morgan | MS |
| Tammy Morgan | MS |
| Cynthia Gaines Morris | MS |
| Stacey Morrow | MS |
| Tiffany S. Moses | MS |
| Beckey D. Mosley | MS |
| Ernest A. Mosley | MS |
| Rufus Mosley, III | MS |
| Jennifer Mosley | MS |
| Ellen T. Moye | MS |
| Patrick Murphy | MS |
| Marie A. Murray | MS |
| Davis J. Murry | AL |
| Gregory A. Murry, Sr. | MS |
| David D. Nash | MS |
| Iris Nash | MS |
| Venice Nash | MS |
| Ephriam Nathanian | MS |
| Ronald Nathans | MS |
| DeMario Neal | MS |
| Dotson Bobbie Nell | MS |
| Benjamin Nelson | MS |
| Christopher D. Nelson | MS |
| James Lee Nelson, Jr. | MS |
| Judy Lynn Nelson | MS |
| Lana M. Nelson | MS |
| Darryl B. Nettles | MS |
| Dean Nicole Nettles | MS |
| Annette Newberry | MS |
| Betty Newberry | MS |
| Jefflyn D. Newsome | MS |
| Lanarco Benee Newsome | MS |
| Larry D. Newsome | MS |

Certified Document Number: 55304768 - Page 2 of 7

| Client Name | Resident |
|---|---|
| Larry D. Newsome | MS |
| Phan Chea Nga | AL |
| Kimberly Nguyen | LA |
| Alex Cuong Nguyen | MS |
| An Nguyen | MS |
| Anh T. Nguyen | MS |
| Ba Nguyen | MS |
| Chau Huu Nguyen | LA |
| Cu Minh Nguyen | MS |
| Cung Van Nguyen | MS |
| Dai Quang Nguyen | MS |
| Doug Nguyen | MS |
| Dung Nguyen | MS |
| Frank T. Nguyen | MS |
| Guong Van Nguyen | MS |
| Hanh Hong Nguyen | MS |
| Hieu Nguyen | MS |
| Hoa Nguyen | MS |
| Hoa Nguyen | MS |
| Hong Nguyen | MS |
| Hung Nguyen | MS |
| Hung Nguyen | MS |
| Huong My Nguyen | MS |
| Huong Thi Nguyen | TX |
| John Nguyen | MS |
| Julie Loan Nguyen | MS |
| Kevin Nguyen | MS |
| Key Nguyen | MS |
| Kim Nguyen | MS |
| Lam Nguyen | MS |
| Lam Phuong Nguyen | MS |
| Len Nguyen | AL |
| Lisa Nguyen | LA |
| Loan T. Nguyen | MS |
| Lynn Nguyen | FL |
| Michael Nguyen | MS |
| Minh Thi Nguyen | LA |
| Nancy Thi Nguyen | MS |
| Ngoc Nguyen | MS |
| Paula Nguyen | MS |
| Phuong Nguyen | MS |
| Quan Nguyen | MS |
| Quy Nguyen | MS |
| Quyen Nguyen | MS |
| Ronald Nguyen | MS |
| Rose Nguyen | MS |
| Thi Nguyen | MS |
| Thu Nguyen | MS |

| Client Name | Resident |
|---|---|
| Thu Nguyen | MS |
| Thu Lan Nguyen | FL |
| Thu Suong Nguyen | FL |
| Thuan Nguyen | MS |
| Thuy Van Nguyen | MS |
| Tien Van Nguyen | MS |
| Timmy Nguyen | MS |
| Truong Nguyen | MS |
| Tu Van Nguyen | MS |
| Tuan Nguyen | MS |
| Tuan Nguyen | MS |
| Van T. Nguyen | TX |
| William Nguyen | MS |
| Antwaine Vonte Nichols | MS |
| Mellisa Nicholson | MS |
| Candace Nicole | MS |
| Alesha S. Nobles | MS |
| Better Norris | LA |
| Lawrence A. North | MS |
| Glenda Odom | MS |
| Latiesha Olive | MS |
| Naomi Olive | MS |
| Travis Olive | MS |
| Lauren Ordonio | GA |
| Alejandra Ortiz | MS |
| Ivan Ortiz | PA |
| Darvin Owen | MS |
| Margo Owens | MS |
| Shirley Owens | MS |
| Donta Packer | MS |
| Sam T. Packer | MS |
| Kendra L. Padgett | MS |
| Patricia Palmer | MS |
| Alvin Anthony Parker | MS |
| Ann Pickett-Parker | MS |
| Ava Parker | MS |
| Cealy F. Parker | MS |
| Erica Parker | MS |
| Cearly F. Parker, III | MS |
| James R. Parker | MS |
| Kimberly Parker | MS |
| Quinton Parker | MS |
| Raymond Parker | MS |
| Salena S. Parker | MS |
| Zachary Q. Parker | MS |
| William A. Parnell, Jr. | MS |
| Anita Parnell | MS |
| Dorothy L. Parnell | MS |

| Client Name | Resident |
|---|---|
| Jaresaih Parnell | MS |
| Javesaih Parnell | MS |
| Anthony Loyde Parson | MS |
| Marcus Phoenix Patman, III | MS |
| Tashauna Patmon | MS |
| Bonnie J. Patrick | MS |
| Andy Patterson | GA |
| Jimmie Patterson | MS |
| Jonathan Patterson | MS |
| Lisa Patterson | MS |
| Tiffany Patterson | MS |
| Leah Patton | MS |
| Twanna L. Patton | MS |
| Brian Paulson | MS |
| Julissa Payne | MS |
| Michele Payne | MS |
| Christine Payton | MS |
| Debra Payton | MS |
| Michelle D. Peacock | MS |
| Cedron Marquis Peairs | MS |
| Karey Pears | MS |
| Cheryl Peay | MS |
| Lashonda Nicole Peay | MS |
| Eric Peiper | MS |
| Patrick C. Penton | MS |
| Tomika N. Penton | MS |
| Carolyn Peoples | MS |
| Mariah Santiago Perev | MS |
| Ola Mae Perez | MS |
| Orbelin Perez | MS |
| Sheyla N. Perez | MS |
| Marcedes Perryman | MS |
| Jennifer Pesch | MS |
| Patrick Peters | MS |
| An Van Pham | LA |
| Cha Van Pham | AL |
| Tam Pham | MS |
| Yen Thi Pham | TX |
| Lecandace Maria Phillips | MS |
| Crystal Phounsoury | GA |
| Eukeisha Pickett | MS |
| Phelan B. Pickett | MS |
| Reginald Pierce | MS |
| Rose-Mary Pittman | MS |
| Eneaus Pock, III | MS |
| Selena Pock | MS |
| Joans Polk | MS |
| Sarah Polk | MS |

| Client Name | Resident |
|---|---|
| Hermelinda Amanda Ponce | MS |
| Desmond Pook | MS |
| Doris Poole | MS |
| Doris A. Poole | MS |
| Patricia A. Portes | MS |
| Corrine Ports | MS |
| Jimmy Pots | MS |
| Charles Edward Pottery | MS |
| Sharon Pottis | MS |
| Kevin Powell | MS |
| Lee E. Powell | MS |
| Roshonda R. Powell | MS |
| Jamesha O. Preston | MS |
| Gabrielle Price | MS |
| Marc Price | MS |
| Jerica Prince | MS |
| Willie L. Pringle | MS |
| Angela L. Pugh | MS |
| Karen Pugh | MS |
| Sharm D. Pugh | MS |
| Katrina Quarles | MS |
| Amanda B. Quave | MS |
| Chastity Quave | MS |
| Jasmine Quinn | LA |
| Sharon Ragsdale | MS |
| Geraldine T. Raine | MS |
| Charlsynn Marie Ramey | MS |
| Cornelius R. Ramsey | MS |
| Bettye Rankins | MS |
| Issac Ratliff | MS |
| Kaden Reafs | MS |
| Thelma Reece | MS |
| Dennis E. Reed | MS |
| Margaret S. Reed | MS |
| Christopher T. Reese | MS |
| Vergilyn Reese | MS |
| Alzenia Reeves | MS |
| Arthur L. Reggans | MS |
| Arthur L. Reggans | MS |
| Mykiesha J. Retic | MS |
| Joseph Rhoden | MS |
| Dana Richardson-Harvey | MS |
| Jessica Richard | MS |
| Alan Richardson | MS |
| Dana Richardson | MS |
| Jennifer D. Richardson | MS |
| Julian Demetric Richardson | MS |
| Lawrence Richardson | MS |

| Client Name | Resident |
|---|---|
| Lula Bell Richardson | MS |
| Shelia Richardson | MS |
| Shonta Richardson | MS |
| Della Richmond | MS |
| Perry Jean Ricks | MS |
| Erma R. Riley | MS |
| Marilyn Riley | MS |
| Gene Kelly Rivers | MS |
| Dramara Roberts | MS |
| Rhonda Roberts | MS |
| Justin D. Robertson, Jr. | MS |
| Micheal D. Robertson | MS |
| Angela Robinson | MS |
| David Robinson | MS |
| Derek Robinson | MS |
| Dominic C. Robinson | MS |
| George D. Robinson | MS |
| Kendra Robinson | MS |
| Lee Robinson | MS |
| Linda Robinson | MS |
| Tonya E. Robinson | MS |
| Felicia T. Rocker | MS |
| Cherie Rogers | MS |
| Malcolm Keith Rogers | MS |
| Roy Rogers | MS |
| Brenda Romero | MS |
| Rachel Romero | MS |
| Jesse Ross, III | MS |
| Nelson Ross | MS |
| Arthur Rudolph | MS |
| David R. Rush | MS |
| Doris J. Rush | MS |
| Tiffany Russell | MS |
| April Sabrino | MS |
| Darron Earl Salters | MS |
| Daniel Darnell Sanders | MS |
| Joyce Sanders | MS |
| Lagwanda L. Sanders | MS |
| Lewa Sanders | MS |
| Sharon Sanders | MS |
| Devante M. Sandom | MS |
| Juan A. Santiago | PR |
| Brandy Satchfield | MS |
| Donald Scott Saunders | MS |
| John Savage | MS |
| Wayne Savage | MS |
| Samantha Leigh Scherbinski | MS |
| Timothy R. Schreiber | MS |



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   May 16, 2013

Certified Document Number:      55304768 Total Pages:  7

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com

# 2013-22016 / Court: 165

| Client Name | Resident |
|---|---|
| Frederick D. Scott | MS |
| Pearl R. Scott | MS |
| Viris Scott | MS |
| Yini Scott | MS |
| Latanya S. Seales | MS |
| Micah D. Seales | MS |
| Clayton Seals, Jr. | MS |
| Edna Ola Seals | MS |
| Tennille Sellerd | MS |
| Jarvis J. Sellers | MS |
| Micah Lawrence Seymour | MS |
| Ryan Seymour | MS |
| Albert Shaffer | MS |
| Angela Shaffer | MS |
| Angela Shaffer | MS |
| Anthony Shelby | MS |
| Xavier Shelby | MS |
| Palicia Shelton | MS |
| Donna Sherrod | MS |
| Kenyetta R. Sherrod | MS |
| Melvin H. Sherrod | MS |
| Ronald B. Sherrod | MS |
| Leeann Shields | MS |
| Connie Shin | GA |
| Tikesha Shinn | MS |
| Janet Sikes | MS |
| Ellia Mae Simmons | MS |
| Raymond King Simmons | MS |
| Robert Simmons | MS |
| Shirely Simmons | MS |
| Tony Simmons | MS |
| Cameron Simms | MS |
| Daron L. Simon | MS |
| Lamarcus Simon | MS |
| Dean Simpson | MS |
| Alfreder Sims | MS |
| Carolyn D. Sims | MS |
| Jeffrie Mae Sims | MS |
| Jerrod Sims | MS |
| Kimberly Sims | MS |
| Semeka Sims | MS |
| Eugene Sipp, Jr. | MS |
| Micheal Sipp | MS |
| Wanda D Sipp | MS |
| Con R. Sistrunk | MS |
| Jake Slade | MS |
| Jeannie Slade | MS |
| Marty Slade | MS |

| Client Name | Resident |
|---|---|
| Robert Sledge | MS |
| Richard Smart | MS |
| Thomas Earl Smith, Jr. | MS |
| Alvin J. Smith | MS |
| Antwone Smith | MS |
| Caroline Smith | MS |
| Carolyn E. Smith | MS |
| Charles Lee Smith, Jr | MS |
| David G. Smith | AL |
| Dennis J. Smith | MS |
| Edna Smith | MS |
| Eleria Smith | MS |
| Farrah Fawcett Smith | MS |
| Floyd Ray Smith | MS |
| Jackie Smith | MS |
| Jacob Smith | MS |
| Jacqueline A. Smith | MS |
| James Clinton Smith | MS |
| Janice Smith | MS |
| Joey Smith | MS |
| Kenya Lakesha Smith | MS |
| Keon Smith | MS |
| Kwame C. Smith | MS |
| Mack Smith | MS |
| Sammie Smith | MS |
| Sarolkia Smith | MS |
| Sharon Annette Smith | MS |
| Shelia Sargent Smith | MS |
| Silas D. Smith | MS |
| Johnny R. Smith, Sr. | MS |
| Tamesha Lashea Smith | MS |
| Tiffany Smith | MS |
| Trudy Smith | MS |
| Walter Smith | MS |
| Walter Ray Smith | MS |
| Wiston Smith | MS |
| Natasha Smith | MS |
| Franklin D. Roosevelt Snowden | MS |
| Rukhasana Sorwat | LA |
| Jose B. Sosa | MS |
| Jaysteen Spaulding | MS |
| Keira L Spencer | MS |
| Felicia Renee Spikes | MS |
| Geraldine Bellamy Spikes | MS |
| Mathew Spikes, Sr. | MS |
| Calvin Spivery | MS |
| Dan Stallworth, Jr. | MS |
| Antonio Levelle Stallworth | MS |

| Client Name | Resident |
|---|---|
| Cameron F. Stallworth | MS |
| Christopher G. Stallworth | MS |
| Kiara Stallworth | MS |
| Mary Stallworth | MS |
| Mary Stallworth | MS |
| Nancy B. Stallworth | MS |
| Tammy Stallworth | MS |
| Margaret A. Stanton | MS |
| Rodger T. Stanton | MS |
| Shirely Stanton | MS |
| M M. L. Star | MS |
| Marcus D. Steele | MS |
| Tammy Stennis | MS |
| Richard Stephens | MS |
| Alexandria Stevenson | MS |
| Kessie Steward, Jr. | MS |
| Ruben Steward | MS |
| Robert K. Stewart, Jr. | MS |
| Angel M. Stewart | MS |
| Anthony D. Stewart | MS |
| Cassandra Frazier Stewart | MS |
| Jeanene F Stewart | MS |
| Lakesha A. Stewart | MS |
| Lindsey   Stewart | MS |
| Samantha Jo Stewart | MS |
| William Edward Stokes | MS |
| Deandra L. Storell | MS |
| Thomas S. Street | MS |
| Jasmine Strong | MS |
| Ben Sullivan | MS |
| Sylvester L. Sumrall | MS |
| Gary Joseph Suran, II | MS |
| Josh Swinford | MS |
| Patricia Ann Swinton | MS |
| Shervonda N. Tait | MS |
| Derrick Taite | MS |
| Kenneth Taliancicia | MS |
| Duynh Tan | TX |
| Linda Holloway Tart | MS |
| Crystal Tate | MS |
| Jewell Marie Tate | MS |
| Brain Taylor | MS |
| Barbara A. Taylor | MS |
| Courtney Taylor | MS |
| Dwayne Paul Taylor | MS |
| Dwayne Paul Taylor | MS |
| Kimberly Taylor | MS |
| Lowell K. Taylor | MS |

| Client Name | Resident |
|---|---|
| Marilyn Taylor | MS |
| Sharon Taylor | MS |
| Stephany Taylor | MS |
| Tharon Taylor | MS |
| Virginia Scot Taylor | MS |
| Virginia Scott Taylor | MS |
| Yalonda L. Taylor | AL |
| Yulanda L. Taylor | AL |
| Patreace Marie Telker | MS |
| Cong Thach | TX |
| Jennifer Thai | MS |
| Guy Wyso Thomas, Jr. | MS |
| Alfred Thomas | MS |
| Alphonse Thomas | LA |
| Ardell L. Thomas | MS |
| Betty Thomas | MS |
| Carla Ann Thomas | MS |
| Dominique Thomas | MS |
| Earthu Thomas | MS |
| Elandera M. Thomas | MS |
| Ida Mae Thomas | MS |
| Jared Thomas | MS |
| Thomas B. Thomas | MS |
| Kendrick Thomas | MS |
| Kori C. Thomas | MS |
| Lavada Thomas | MS |
| Linda R. Thomas | AL |
| Nicholas Wendell Thomas | MS |
| Peggy Thomas | MS |
| Scolly Thomas | MS |
| Verlinda Thomas | MS |
| Bradford Thompson | MS |
| Beverly E. Thompson | MS |
| Bradford Thompson | MS |
| Danny Thompson | MS |
| Dora Thompson | MS |
| Enda Thompson | MS |
| Glenda M. Thompson | MS |
| Hiroko Thompson | MS |
| Jimmy R. Thompson | MS |
| Rosalynn L. Thompson | MS |
| Sandra A. Thompson | MS |
| Sandra A. Thompson | MS |
| Trimeka A. Thompson | MS |
| Vernessa M. Thompson | MS |
| Joshua J. Thomton | MS |
| Chau Thi Thu | TX |
| Ashley Chaniece Thurman | MS |

| Client Name | Resident |
|---|---|
| Joey Tigatt | MS |
| Wanuto Tillis | MS |
| Keith Trahan | MS |
| Andrew Tran | MS |
| Bau Thi Tran | MS |
| Cathy Tran | MS |
| Cuc Tran | MS |
| Giup Van Tran | AL |
| Khanh Tran | MS |
| Khuyen Van Tran | LA |
| Loan Thi Tran | MS |
| Maria Hieu Thi Tran | MS |
| Nien Tran | MS |
| Sanka Van Tran | MS |
| Thai Tran | MS |
| The V. Tran | MS |
| Truong T. Tran | GA |
| Tuyen Van Tran | MS |
| Vy Quoc Tran | AK |
| Mary A. Treeil | MS |
| Lam Trinh | MS |
| Prince Triplett, Jr. | MS |
| John Fitzgerald Triplett, Sr. | MS |
| Kathy Denise Triplett | MS |
| Mytreal Triplett | MS |
| Tina Triplett | MS |
| Trenda Triplett | MS |
| Glen Rose Trippe | MS |
| Sataish Tubbs | MS |
| Angela Tucker | MS |
| Victoria Tucker | MS |
| Edward Tuner | MS |
| Marie Turner | MS |
| Phylandus Turner | MS |
| Princess Turner | MS |
| Roberta Turner | MS |
| Phan Thi Tuyet | MS |
| Justin Valentine | MS |
| Alexis Vames | FL |
| Alicia Vames | FL |
| Levanus Rayes Vanderbilt | MS |
| David R. Varnado | MS |
| Dustin Varnado | MS |
| Otis Vaughn | MS |
| Rachel Rochell Vaughn | MS |
| William Velez | MS |
| Ricky Veney | MS |
| Angela Viverette | MS |

| Client Name | Resident |
|---|---|
| Tonya M. Viverette | MS |
| Bao Vo | MS |
| Kim Vo | MS |
| Robinson Vo | MS |
| James Vosburg | MS |
| Hiep Vu | MS |
| Hung Quoc Vu | MS |
| Jonathan Bao Vu | MS |
| Oanh Vu | MS |
| Steven Vu | MS |
| Dwain T. Wadley | MS |
| Linda Diane Waire | MS |
| Aretha Michelle Walker | MS |
| Austin Walker | MS |
| Gale M. Walker | MS |
| Leonard Walker | MS |
| Lyndall Walker | MS |
| Michael Walker | MS |
| Racheal Walker | MS |
| Ron M. Walker | MS |
| Travis L. Walker | MS |
| Victor Walker | MS |
| Alvin Walley | MS |
| Atton S. Walley | MS |
| Bonnie Ray Walley | MS |
| Demetrius M. Walley | MS |
| Freda Mae Walley | MS |
| Jermaine Walley | MS |
| Kasey S. Walley | MS |
| Level C. Walley, Sr. | MS |
| Martin Walter | LA |
| Martin Walter | LA |
| Aaron R Ward | MS |
| Helen R. Ward | MS |
| Monica N. Ward | MS |
| Monica N. Ward | MS |
| Kimberly A. Warner | MS |
| Edna Louise Nash | MS |
| Oscarlee Wash | MS |
| Brenda Washington | MS |
| Kimothy Rashad Washington | MS |
| Cecilia Alisha Watson | MS |
| Kenya Watson | MS |
| La'Meeka Watson | MS |
| Nadean Watson | MS |
| Nina Watson | MS |
| John H. Watts | MS |
| Johnell Watts | MS |

| Client Name | Resident |
|---|---|
| Pertis Watts | MS |
| Antoine Weathers | MS |
| Marilyn Jean Weathersby | MS |
| Maggie R. Webb | MS |
| Melissa E. Webster | MS |
| Bryan Wells | MS |
| Candice Wells | MS |
| Cassie Wells | MS |
| Harold N. Wells | MS |
| Harold N. Wells | MS |
| Hilda B. Wells | MS |
| Hilda B. Wells | MS |
| Melissa A. Wells | MS |
| Melissa A. Wells | MS |
| Sandra Louise Wells | MS |
| Bobby Wesley | MS |
| James Edward Wess | MS |
| Kimberly L. Wess | MS |
| Buck White | MS |
| Courtney White | MS |
| Jasmine White | MS |
| Kenya Johns White | MS |
| Lou Bertha White | MS |
| Priscilla White | MS |
| Radonna Johns White | MS |
| Radonna Johns White | MS |
| Reuben E. White, Sr. | MS |
| Casey Wigfall | MS |
| Myrna Wiggins | MS |
| Alvin Lamar Wiley | MS |
| Damian Danielle Wiley | MS |
| Daria Cherie Wiley | MS |
| Michael Wiley | MS |
| Annie M. Wilkerson | MS |
| Robert L. Wilkerson | MS |
| Montrease William | MS |
| Alyssa Williams | MS |
| Ava Williams | MS |
| Betty Jeans Williams | MS |
| Carl Williams | LA |
| Charlie Williams | MS |
| Curtis Williams | MS |
| Daffeney Williams | MS |
| Dafferney Williams | MS |
| Debra Williams | MS |
| Delyndria S. Williams | MS |
| Elizia S. Williams | MS |
| Enna Williams | MS |

| Client Name | Resident |
|---|---|
| Felicia Anita Williams | MS |
| Gabriel M. Williams | MS |
| Gertrude Williams | MS |
| Jacqueline Williams | MS |
| Jamila Williams | MS |
| Keith Rousha Williams | MS |
| Ken Williams | MS |
| Latasha Williams | MS |
| Lesley Williams | MS |
| Marcus Williams | MS |
| Mitchell Williams | MS |
| Mona Williams | MS |
| Neville Nate Williams | MS |
| Phyllis N. Williams | MS |
| Richard Kimble Williams | MS |
| Rosetta L. Williams | MS |
| Mark A. Williams, Sr. | MS |
| Thalia T. Williams | MS |
| Tonya D. Williams | MS |
| Tory D. Williams | MS |
| Vanessa Williams | MS |
| Wesley L. Williams | MS |
| Gregory P. Williany | MS |
| Lashonda D. Willis | MS |
| Marlo C. Willis | MS |
| Ralph Willis, Jr. | MS |
| Tina Willis | MS |
| Brandi Wilson | MS |
| Jerry L. Wilson | MS |
| La'Kenya Wilson | MS |
| Renee M. Wilson | MS |
| Beverly Winters | MS |
| Stephen Winters | MS |
| Crystal Wolverton | MS |
| Willie M. Womack | MS |
| Shawanna M. Wonsley-Turk | MS |
| Shawanna M. Wonsley-Turk | MS |
| David Wonsley | MS |
| Dorothy M. Wonsley | MS |
| Anthony Woodland | MS |
| Jonnie Woodland | MS |
| J.W. Woodland | MS |
| Mablean Woodland | MS |
| Sharron Woodland | MS |
| Matthew Woodson, Jr. | MS |
| Angela Latoya Word | MS |
| Debra Wright-Gentry | MS |
| Charles R Wright | MS |

| Client Name | Resident |
|---|---|
| Clayton Wright | MS |
| Oraiel R. Wroten | MS |
| Anthony Young, Jr. | MS |
| Antony Young, Jr. | MS |
| Antonio Young | MS |
| Catherine M. Young | MS |
| D L Zinnimon, Jr. | MS |
| Wanda Zinnimon | MS |



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   May 16, 2013

Certified Document Number:        55304769 Total Pages:  9

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com